SERVEL v. JAMIESON et al. (Circuit Court of Appeals, Ninth Circuit. October 18, 1920.) No. 3534. In Error to the District Court of the United States for the District of Montana. Reynolds & Shea, of Billings, Mont., for

plaintiff in error. Norris, Hurd & Rhodes, of Great Falls, Mont., and Edwin L. Norris, of Dillon, Mont., for defendants in error.

PER CURIAM. Writ of error dismissed for noncompliance by plaintiff in error with provisions of rules 23 and 24 of Rules of Practice (231 Fed. v, vi, 144 C. C. A. v, vi).